IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA JESSE | : | CIVIL ACTION |
| v. | : | |
| WEGMAN'S FOOD MARKETS | : | NO. 13-3463 |

O R D E R

**AND NOW, TO WIT:** this 4th day of JANUARY, 2014, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED**, with prejudice, pursuant to agreement of counsel.

BY THE COURT:

/S/ L. FELIPE RESTREPO

L. FELIPE RESTREPO,    J.
U.S. DISTRICT COURT